IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE RYAN,** | : | CIVIL ACTION |
| Plaintiff | : | 10-4438 |
| v. | : | |
| | : | |
| **UNION MUTUAL FIRE INSURANCE** | : | |
| **COMPANY,** | : | |
| Defendant | : | |
| | : | |

## ORDER

**AND NOW,** this 19th day of August, 2011, upon review of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer Venue [Doc. No. 3], Plaintiff's response in opposition [Doc. No. 10], Defendant's reply [Doc. No. 13], and Plaintiff's sur-reply [Doc. No. 16] and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED** because although the Court finds it lacks personal jurisdiction over Defendant, transfer to the United States District Court for the District of Vermont is appropriate pursuant to 28 U.S.C. § 1631.  Accordingly, Defendants Motion to Transfer Venue is **GRANTED.**

The Clerk of Court is **DIRECTED** to effectuate the transfer of venue and then to mark this case **CLOSED.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**